| TO:  **Register of Copyrights** <br> **Copyright Office** <br> **Library of Congress** <br> **Washington, D.C. 20559** | **REPORT ON THE** <br> **FILING OR DETERMINATION OF AN** <br> **ACTION ON APPEAL** <br> **REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

( ) ACTION                    ( ) APPEAL

DOCKET NO:            DATE FILED:            COURT NAME AND LOCATION
3:16-cv-01633-        March 31, 2016         United States District Court
WHA                                          Northern District of California
                                             450 Golden Gate Avenue
                                             San Francisco, CA 94102

PLAINTIFF:                                   DEFENDANT:
Malibu Media, LLC                            JOHN DOE subscriber assigned IP address 98.210.129

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED        INCLUDED BY:
                     ( ) Amendment        ( ) Answer        ( ) Cross Bill        ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:              WRITTEN OPINION ATTACHED:        DATE RENDERED:
(X) Order      ( ) Judgment      ( ) Yes      ( ) No         9/21/2016


_Susan Y. Soong_                _Elizabeth C. Garcia_          10/26/2016
Susan Y. Soong, Clerk           (by) Deputy Clerk, Elizabeth Garcia    Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy