1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 OUR CHILDREN'S EARTH, et al., | Case No. 3:09-cv-09999-SK
8 Plaintiffs,
  **ORDER GRANTING MOTION TO APPEAR BY TELEPONE**
9 v.
10 LELAND STANFORD JUNIOR UNIVERSITY, | Re: Dkt. No. 98
11 Defendant.
12
13 Lorem ipsum dolor sit amet, consetetur sadipscing elitr, sed diam nonumy eirmod tempor
14 invidunt ut labore et dolore magna aliquyam erat, sed diam voluptua. At vero eos et accusam et
15 justo duo dolores et ea rebum.
16 **IT IS SO ORDERED.**
17 Dated: 11/6/2019
18
19
20 SALLIE KIM
United States Magistrate Judge
21
22
23
24
25
26
27
28