# PRO SE PRISONER INTAKE COVER SHEET

## A. CASE INFORMATION

| PRISONER NAME: | BONILLA, Steven Wayne |
|---|---|
| DEFENDANT OR RESPONDENT: | Santa Clara County Superior Court, et. al., |

## B. JUDGE ASSIGNMENT

**1. Filing Appears to Be a New Death Penalty Case**

☐ Please consult a Death Penalty Law Clerk before assignment.

**2. New Prisoner Case**

☒ Directly Assign Repeat Filer to **Judge    PJH    ** (*If* MJ: Consent Filed or Consent NOT Filed)
☐ Exclude Magistrate Judges and Randomly Assign. (Declination Filed or Motion for TRO Filed)
☐ Exclude District Judges and Randomly Assign. (Consent Filed by a Non-Repeat Filer)
☐ Randomly Assign to District or Magistrate Judge. (No Consent or Declination Filed)
☐ Other: _____

| WHEEL AND NATURE OF SUIT | Civil (CANO – 6 - Prisoner Habeas Corpus) | ☐ 463 | ☐ 530 | | |
|---|---|---|---|---|---|
| | Civil (CANO – 16 – Death Penalty) | ☐ 535 | | | |
| | Civil (CANO – 2255) | ☐ 510 | | | |
| | Civil (CANO – 6 – Prisoner Civil Rights) | ☐ 540 | ☒ 550 | ☐ 555 | ☐ 560 |

## C. CLERK'S NOTICES

**1. Prepared by Pro Se Department and submitted to Intake with new case documents.**

☐ <u>Petition not on form notice</u> & blank petition for writ of habeas corpus form.
☐ <u>Petition not signed notice</u> & copy of unsigned petition.
☐ <u>Complaint not on form notice</u> (use for any nonhabeas action) & blank complaint form.
☐ <u>Complaint not signed notice</u> & copy of unsigned complaint.
☐ <u>Fee deficiency notice, habeas ($5 owed)</u> & blank Prisoner IFP application.
☐ <u>Fee deficiency notice, nonhabeas ($402 owed)</u> & blank Prisoner IFP application.

**2. Generated by Intake and saved to case folder.**

☐ <u>Notice of Assignment of Prisoner Case to a Magistrate Judge</u>
No consent is filed. *If and only if* case is assigned to a magistrate judge, generate this notice.

**3. Entered by CSA, in addition to completing & sending any notices checked above.**

☐ <u>Electronic Notice to CDCR Requesting Prisoner Trust Account Statement</u>
Prisoner Trust Account Statement is not filed and IFP authorizes CDCR to send it to us.

☐ ** THIS CASE WAS E-FILED ** SPECIAL INSTRUCTIONS FOR CSA**

Email (Do Not Mail): (1) <u>a PDF copy of the docket sheet</u> & (2) <u>Clerk's Notices (if any)</u> to the prisoner at:
☐ m_SVSP.Filings@cdcr.ca.gov ☐ m_CTF.Filings@cdcr.ca.gov ☐ m_SQSP.Filings@cdcr.ca.gov
☐ m_PBSP.Filings@cdcr.ca.gov

*Date Submitted to Intake:*    7/5/23    *by:*   Lisa Duran- San Jose   

(Revised 12/21/2020)