UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ghendrerit pretium. Curabitur sed purus eget ex scelerisque commodo quis eget nulla. Maecenas ipsum dui, vestibulum vel condimentum quis, volutpat at libero. Pellentesque eu dictum orci. Nullam scelerisque blandit urna eu aliquet.

Aenean semper nisl id egestas suscipit. Duis dapibus aliquam ante, nec blandit lorem viverra sed. Vivamus volutpat ullamcorper fringilla. Suspendisse aliquet vulputate tellus, nec lobortis ex porta ac. Nulla eu leo eu lorem vestibulum molestie. Etiam consequat accumsan eros, quis faucibus felis cursus quis. Integer et ultrices massa, eu vestibulum massa. Nam sed diam ultrices, tincidunt est vel, iaculis erat. Vivamus eu odio dignissim, dapibus odio in, ultricies nulla. Duis id felis sit amet dolor luctus faucibus et sit amet nunc.

Donec ante eros, sagittis lacinia scelerisque eget, dapibus ac quam. Mauris eleifend, enim et consectetur mollis, odio odio dignissim felis, vel facilisis ipsum velit at odio. Cras sagittis, dolor vitae dignissim pellentesque, massa orci maximus tellus, at molestie enim dolor eu tortor. Donec volutpat, nulla eget aliquam pellentesque, lorem nibh rhoncus tortor, in commodo nibh purus semper ligula. Praesent quis mi non justo ultricies ornare sit amet quis diam. Cras vitae auctor metus. Nunc eleifend velit molestie eros mattis, in tempor tortor commodo. Nullam fermentum nisl nec nunc convallis blandit. Cras lobortis, lorem suscipit gravida semper, velit magna mattis urna, at varius nisl libero quis metus. Nam ac dolor vitae nibh aliquet lacinia. Nulla ac purus quam.

Vivamus ultricies nisi ac sollicitudin hendrerit. Pellentesque mi eros, viverra sed blandit id, malesuada a ipsum. Suspendisse rutrum mauris id erat euismod, id ultrices velit condimentum. Morbi imperdiet congue nibh, vel fringilla tortor bibendum id. Integer viverra metus id accumsan convallis. In in pharetra justo, eu aliquam ligula. Aenean ultricies condimentum elit, et volutpat